**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GATEWAY INSURANCE COMPANY,

Plaintiff

v.

BLUE DESERT, LLC, et al.,

Defendants

Case No.: 2:26-cv-02088-APG-NJK

**Order Striking Certificate of Interested Parties**

I ORDER that defendant Blue Desert, LLC's certificate of interested parties (ECF No. 7) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Blue Desert's citizenship for diversity purposes as required by that rule. I remind Blue Desert that as a limited liability company, it "is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

I FURTHER ORDER defendant Blue Desert, LLC to file a proper certificate of interested parties by October 22, 2026.

DATED this 8th day of October, 2026.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE