**;UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GATEWAY INSURANCE COMPANY,

Plaintiff

v.

BLUE DESERT, LLC, et al.,

Defendants

Case No.: 2:26-cv-02088-APG-NJK

**Order Striking Certificate of Interested Parties**

I ORDER that defendant Blue Desert, LLC's certificate of interested parties (ECF No. 13) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not adequately identify Blue Desert's citizenship for diversity purposes.

I remind Blue Desert that as a limited liability company, it "is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Additionally, to the extent the trusts mentioned in Blue Desert's certificate are its members, Blue Desert's citizenship may depend on each trust beneficiary's citizenship depending on the trust's structure. *See Americold Realty Trust v. Conagra Foods, Inc.*, 577 U.S. 378, 382-84 (2016); *Demarest v. HSBC Bank USA, N.A. as Tr. for registered holders of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE2*, 920 F.3d 1223, 1229 (9th Cir. 2019).

I FURTHER ORDER defendant Blue Desert, LLC to file a proper certificate of interested parties by November 5, 2026.

DATED this 22nd day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE